```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
WALTER WALSH, *individually and on behalf
of all others similarly situated*,

                Plaintiff,
                                              ADOPTION ORDER
        -against-                             20-CV-1482(JS)(ST)

MARK S. RICCIARDI, ESQ., P.C.,

                Defendant.
-------------------------------------X
APPEARANCES
For Plaintiff:      Jonathan M. Cader, Esq.
                    Craig B. Sanders, Esq.
                    Barshay Sanders, PLLC
                    100 Garden City Plaza, Suite 500
                    Garden City, New York 11530

                    David M. Barshay, Esq.
                    Jitesh Dudani, Esq.
                    Barshay, Rizzo & Lopez PLLC
                    445 Broadhollow Road, Suite C118
                    Melville, New York 11747

For Defendant:      Daniel S. Moretti, Esq.
                    Samuel H. Taterka, Esq.
                    Tina Bhatt, Esq.
                    Landman Corsi Ballaine & Ford P.C.
                    120 Broadway, 27th Floor
                    New York, New York 10271
```

SEYBERT, District Judge:

        Plaintiff Walter Walsh, individually and on behalf of all others similarly situated, commenced this action against defendant Mark S. Ricciardi, Esq., P.C. ("Defendant"), asserting violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq. (Am. Compl., ECF No. 10.)

On September 24, 2020, Defendant filed a motion to dismiss the Amended Complaint. (Mot., ECF No. 17; Opp., ECF No. 18; Reply, ECF No. 21.) On May 5, 2021, this Court referred the motion to Magistrate Judge Steven Tiscione for a report and recommendation. (See May 5, 2021 Elec. Order.) On June 4, 2021, Judge Tiscione issued a Report and Recommendation ("R&R") and recommended that the Court deny Defendant's motion to dismiss. (See generally R&R, ECF No. 23.) Specifically, Judge Tiscione found that the Amended Complaint plausibly alleges that Defendant is a debt collector under the FDCPA. (Id. at 3-9.)

The time to object has expired and no objections to the R&R have been filed. Upon careful review and consideration, the Court finds Judge Tiscione's R&R to be comprehensive, well-reasoned, and free of clear error. Accordingly, the Court ADOPTS the R&R (ECF No. 23) in its entirety and Defendant's motion to dismiss (ECF No. 17) is DENIED.

SO ORDERED.

/s/ JOANNA SEYBERT  
Joanna Seybert, U.S.D.J.

Dated: June  21 , 2021  
Central Islip, New York