FILED
CLERK

10:19 am, Jul 12, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
Walter Walsh, individually and on behalf of all
others similarly situated,

                     Plaintiff,

    -*against*-

Mark S. Ricciardi, Esq., P.C.,

                     Defendant.
------------------------------------------------------------------- X

2:20-cv-01482-JS-ST

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice as to all claims and all parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 6, 2021

Respectfully submitted,

| BARSHAY SANDERS, PLLC | LANDMAN CORSI BALLAINE & FORD P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| ~~Jiesh Dudani~~ David Barshay | Tina S. Bhatt |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 100 Garden City Plaza, Suite 500 | 120 Broadway 13th Floor |
| Garden City, New York 11530 | New York, New York 10271 |
| Tel: (516) 203-7600 | (212) 238-4800 |
| Fax: (516) 706-5055 | tbhatt@lcbf.com |

The Clerk of the Court is respectfully directed to mark this case CLOSED.

SO ORDERED.
/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: July 12, 2021
        Central Islip, New York